952 A.2d 1164

**CHESTER–UPLAND SCHOOL DISTRICT SPECIAL BOARD OF CONTROL, Michael F.X. Gillin, and Wallace H. Nunn, Appellants**

v.

**Edward G. RENDELL, Gerald L. Zahorchak, C. Marc Woolley, Juan Baugh, and Katherine Schultz, Appellees.**

**No. 17 MAP 2008.**

Supreme Court of Pennsylvania.

May 16, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of May, 2008, the Notice of Appeal is denied. *Commonwealth of Pennsylvania, Department of Education v. Empowerment Board of Control of the*

*Chester–Upland School District,* 595 Pa. 426, 938 A.2d 1000 (2007).